# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01152-KES                        Date: September 15, 2022

Title: Darrell Stuart v. Foster and Monroe, LLC

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant**

       Plaintiff Darrell Stuart ("Plaintiff") filed this action on June 13, 2022. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on September 12, 2022, Plaintiff has not filed any proof of service as of the date of this order.

       IT IS THEREFORE ORDERED that, **on or before September 29, 2022**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk <u>JD</u>